AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00283 |
| KENNETH HARRELSON | ) Assigned To : Meriweather, Robin M. |
| ▓▓▓▓▓ | ) Assign. Date : 3/5/2021 |
| | ) Description: Complaint w/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 371 | Conspiracy |
| 18 U.S.C. 1361, 2 | Destruction of Government Property and Aiding and Abetting |
| 18 U.S.C. 1512(c)(2), 2 | Obstruction of an Official Proceeding and Aiding and Abetting |
| 18 U.S.C. 1752(a)(1) | Restricted Building or Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Kelsey Harris, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 03/05/2021

*Judge's signature*

City and state: Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*