AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
KENNETH HARRELSON

)
)
)
)
)
)
)

Case: 1:21-mj-00283
Assigned To : Meriweather, Robin M.
Assign. Date : 3/5/2021
Description: Complaint w/ Arrest Warrant

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   KENNETH HARRELSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - (Conspiracy)
18 U.S.C. §§ 1512(c)(2), 2 - (Obstruction of an Official Proceeding and Aiding and Abetting)
18 U.S.C. §§ 1361, 2 - (Destruction of Government Property and Aiding and Abetting)
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)

Date: 03/05/2021

2021.03.05
11:09:01 -05'00'

Issuing officer's signature

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 3/5/2021, and the person was arrested on (date) 3/10/2021
at (city and state) Titusville, FL.

Date: 3/11/2021

Arresting officer's signature

Kelsey Harris, Special Agent
Printed name and title