| Main Folder | Subfolder | Document | Beg Bates Number | End Bates Number | File Type | | Notes |
|---|---|---|---|---|---|---|---|
| Arrest Paperwork | Caldwell | Caldwell 302 1/19/2021 | CALDWELL-000001 | CALDWELL-000001 | pdf | | |
| | Crowl | Serials 22, 23, 35-38 | CROWL-000001 | CROWL-000021 | pdf | | |
| | Watkins | Serials 25, 35, 36, 51, ansd52 | WATKINS-000001 | WATKINS-000017 | pdf | | |
| | Sandra Parker | | N/A | N/A | pdf | | |
| | Bennie Parker | | N/A | N/A | pdf | | |
| | Kelly Meggs | Arrest and Interview 302s | N/A | N/A | pdf | | |
| | Connie Meggs | Arrest and Interview 302s | N/A | N/A | pdf | | |
| | Young | Arrest 302 | N/A | N/A | pdf | | |
| | Steele | Interview session report, Attempted Interview & Transport 302, and Arrest 302 | N/A | N/A | pdf | | |
| Arrest Warrants | Amended Complaint | Amended Complaint | AMENDED-000001 | AMENDED-000025 | pdf | | |
| | Caldwell | Complaint/Arrest Warrant | CALDWELL-000197 | CALDWELL-000216 | pdf | | |
| | Crowl | Complaint/Arrest Warrant | CROWL-000139 | CROWL-000156 | pdf | | |
| | Watkins | Complaint/Arrest Warrant | WATKINS-000168 | WATKINS-000187 | pdf | | * WATKINS-000167 - LEFT BLANK (accidently skipped over this one) |
| | Parkers | Complaint/Arrest Warrant | N/A | N/A | pdf | | |
| Cell Phone | Caldwell | Search Warrant - Premises and Devices | CALDWELL-000133 | CALDWELL-000196 | pdf | | |
| | | 274_Wadesville_Warrant_Return | N/A | N/A | pdf | NATIVE | Can't not open the 274 warrant return to bates label, do we have another copy |
| | | Call log | N/A | N/A | excel | NATIVE | |
| | | Chats | N/A | N/A | excel | NATIVE | |
| | | Contacts | N/A | N/A | excel | NATIVE | |
| | | Emails | N/A | N/A | excel | NATIVE | |
| | | IM | N/A | N/A | excel | NATIVE | |
| | | Web history | N/A | N/A | excel | NATIVE | |
| | Crowl | FBI Reports | CROWL-000093 | CROWL-000094 | pdf | | |
| | | Search Warrant - phone aff | CROWL-000095 | CROWL-000138 | pdf | | |
| | | Phone SW | | | pdf | | Can't open |
| | | Phone Application | | | pdf | | can't open |
| | | Call Log | N/A | N/A | excel | NATIVE | |
| | | Contacts | N/A | N/A | excel | NATIVE | |
| | | SMS Log | N/A | N/A | excel | NATIVE | |
| | | Phone Search _SA Eller | N/A | N/A | excel | NATIVE | |
| | | Cellbirite Report | N/A | N/A | html, pdf, UFDR | NATIVE | |
| | Watkins | FBI Reports | WATKINS-000188 | WATKINS-000193 | pdf | | |
| | | Serial 67 1A 35 Physical | N/A | N/A | | pdf | | can't open to bates label, do we have another copy. |
| | | Search Warrant | | | | | |
| | | Search Warrant -Second Phone | | | pdf | | |

| Main Folder | Subfolder | Document | Beg Bates Number | End Bates Number | File Type | | Notes |
|---|---|---|---|---|---|---|---|
| | | Cellphone snapshot LG (DSC-886 TO DSC-900) | N/A | N/A | jpg | NATIVE | |
| | | Cellphone Snapshot - (DSC-825 TO DSC-885) | N/A | N/A | jpg | NATIVE | |
| | | Report 1 | N/A | N/A | excel | NATIVE | |
| | | Report 2 | N/A | N/A | excel | NATIVE | |
| | | Report 3 | N/A | N/A | excel | NATIVE | |
| | | Samsung Cellbrite Report | N/A | N/A | Two pdf zip file | NATIVE | |
| Comfort Inn Records and CCTV | | CCTV Images | N/A | N/A | jpg | | |
| | | FBI Report | CCTV-000001 | CCTV-000001 | pdf | | |
| | | Zip jpg files | N/A | N/A | jpg | | |
| | | Comfort Inn pdfs | COMFORTINN-000001 | COMFORTINN-000028 | pdf | | |
| Hotel and banking records - Young, Meggs | | Image files | N/A | N/A | jpg | NATIVE | |
| Defendant Statements | Caldwell | Serials 15, 20, and 45 | CALDWELL-000002 | CALDWELL-000008 | pdf | | |
| | | Caldwell interview video | N/A | N/A | mp4 | NATIVE | |
| | Crowl | Serials 49 | CROWL-000022 | CROWL-000023 | pdf | | |
| | | Crowl interview video | N/A | N/A | mp4 | NATIVE | |
| | Watkins | Serials 51 | WATKINS-000018 | WATKINS-000019 | pdf | | |
| | | Serials 36 | CROWL-000016 | CROWL-000017 | pdf | | duplicate files, identical to Crowl subfile |
| | | Urbana PD Watkins Interview | N/A | N/A | zip | NATIVE | |
| | Bennie Parker | Serial 7 | N/A | N/A | pdf | | |
| | | Bennie Parker interview video | N/A | N/A | Hawk | NATIVE | |
| | Sandra Parker | Serial 18 | N/A | N/A | pdf | | |
| | | Sandra Parker interview video | N/A | N/A | Hawk | NATIVE | |
| | Kelly Meggs | Kelly Meggs interview transcript | N/A | N/A | pdf | | |
| | Connie Meggs | Connie Meggs interview transcript | N/A | N/A | pdf | | |
| | Laura Steele | Steele interview video | N/A | N/A | mp4 | NATIVE | |
| Facebook Returns | Caldwell, Crowl, Watkins | 2702 Forms | FACEBOOK-000001 | FACEBOOK-000014 | pdf | | |
| | | Serials 5 through 8 | FACEBOOK-000015 | FACEBOOK-000827 | pdf | | |
| | | Serials 6 and 8 zip files | N/A | N/A | html | NATIVE | |
| | Kelly Meggs | Facebook return | N/A | N/A | pdf | | |
| | Young | Facebook return | N/A | N/A | pdf | | |
| | Steele | Facebook return | N/A | N/A | pdf | | |
| Location Data | PRTT - GPS Sharon Caldwell | 21-sc-158 AT&T Search Warrant | SCALDWELL-000001 | SCALDWELL-000037 | pdf | | |
| | | Serial 12 | SCALDWELL-000038 | SCALDWELL-000038 | pdf | | |
| | | Serial 12 1A zip file | N/A | N/A | | NATIVE | |
| | | Caldwell_3957 | N/A | N/A | | NATIVE | |

| Main Folder | Subfolder | Document | Beg Bates Number | End Bates Number | File Type | | Notes |
|---|---|---|---|---|---|---|---|
| Open Source Photos and Videos | | Serials 5 & 14, pdf documents | OPENSOURCE-000001 | OPENSOURCE-000049 | pdf | | |
| | | photos & videos | N/A | N/A | png, jpg, & mp4 | NATIVE | |
| Search of Caldwell Residence | Additional Photos | DSCN1647 - DSCN-1658 | N/A | N/A | jpg | NATIVE | |
| | Photos of Most of the Documents Seized | DSCN1659 - DSCN1695 | N/A | N/A | jpg | NATIVE | |
| | SW and Return | 274 Wadesville Road | CALDWELL-000063 | CALDWELL-000132 | pdf | | One page from this data set was redatced because it contained phone numbers of the agents involved in this seach |
| | | Serials 17, 21, 23-25, 32-33 | CALDWELL-000009 | CALDWELL-000062 | pdf | | |
| | | Serial 23 zip files | N/A | N/A | jpg | NATIVE | |
| Search of Crowl Quarters | | Serial 11 FD-1087 | CROWL-0000092 | CROWL-000092 | pdf | | |
| | | images | N/A | N/A | jpg | NATIVE | |
| Search of Watkins' Residence & Car | FBI Reports | Serials 20, 26, and 50 | WATKINS-000020 | WATKINS-000056 | pdf | | |
| | Search Warrants | 102 Main & Gray Ford | WATKINS-000057 | WATKINS-000162 | pdf | | |
| | Photos zip file | 102 N. Main St. & 2008 Ford Fusion | N/A | N/A | jpg | NATIVE | |
| | | Seizure List Watkins Residence | WATKINS-000163 | WATKINS-000166 | pdf | | |
| Zello Recording | | Serials 9, 15, and 38 | ZELLO-000001 | ZELLO-000007 | pdf | | |
| | | 2 Audio files | N/A | N/A | mp3 | NATIVE | |
| MPD Stop of Crowl | | Report and photos | N/A | N/A | jpg and pdf | NATIVE | |
| Young Emails | | Relevant emails | N/A | N/A | pdf | | |
| Production 3-10-2021 | | DC OP Jan 6 21 Signal Chat | N/A | N/A | excel | NATIVE | |
| | | STOP THE STEAL J6 | N/A | N/A | txt | NATIVE | |
| Additional Items from Caldwell Phone | Caldwell Cell Signal Screenshots | | N/A | N/A | zip | | |
| | Caldwell Telegram zip | | N/A | N/A | zip | | |
| Go To Meeting | | GoToMeetingReturn.zip | N/A | N/A | zip | NATIVE | |