AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>KENNETH HARRELSON<br><br>*Defendant* | Case: 1:21-mj-00283<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/5/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KENNETH HARRELSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - (Conspiracy)
18 U.S.C. §§ 1512(c)(2), 2 - (Obstruction of an Official Proceeding and Aiding and Abetting)
18 U.S.C. §§ 1361, 2 - (Destruction of Government Property and Aiding and Abetting)
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)

Date:   03/05/2021

2021.03.05
11:09:01 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  3/5/2021 , and the person was arrested on *(date)*  3/10/2021
at *(city and state)*  Titusville, FL .

Date:  3/11/2021

*Arresting officer's signature*

Kelsey Harris, Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                 **CASE NO: 6:21-mj-1221-EJK**

**KENNETH HARRELSON**

AUSA: Karen Gable
Defense Attorney: Ken Barlow

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **March 11, 2021**<br>3:04 P.M.- 3:20 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 16 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE
### (Rule 5C – District of Columbia)

**Defendant was arrested today.**

Case called, appearances made, procedural setting by the Court.
Defendant has retained counsel.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the counts in the Indictment and potential penalties
Defendant requests court appointed counsel; Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings as to identity
PE and Detention hearing set for Monday 3/15/2021 at 1:00 before this court; Order to enter.
Court advises of Due Process Protection Act.
Court adjourned.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

IN RE:   Due Process Protections Act                    CASE NO. 3:20-mc-20-J-32

**STANDING ORDER REGARDING**
**DUE PROCESS PROTECTIONS ACT**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so.  Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions.

The Clerk is directed to enter this order in all criminal cases pending on October 21, 2020, or filed thereafter.

**DONE AND ORDERED** in Jacksonville, Florida on December 1, 2020.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:21-mj-1221-EJK

**KENNETH HARRELSON**

## ORDER SCHEDULING PE and DETENTION HEARING

A preliminary examination and detention hearing in this case is scheduled as follows:

| **Place:** | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | **Courtroom:** | 4C |
|---|---|---|---|
| | | **Date and Time:** | March 15, 2021, at 1:00 P.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 11, 2021

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                                   **CASE NO: 6:21-mj-1221-EJK**

**KENNETH HARRELSON**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Kenneth Harrelson, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on March 11, 2021.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that KENNETH HARRELSON is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that KENNETH HARRELSON be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 15, 2021 .

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-01221-EJK All Defendants

Case title: USA v. Harrelson

Date Filed: 03/11/2021
Date Terminated: 03/15/2021

Assigned to: Magistrate Judge Embry J. Kidd

**Defendant (1)**

**Kenneth Harrelson**
*TERMINATED: 03/15/2021*

represented by **Kenneth Alan Barlow , Jr.**
Law Office of Corey Cohen, P.A.
605 D. Robinson St., Suite 330
Orlando, FL 32801
407-415-4927
Email: kenbarlowlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES, 18:1512C.M HARASSMENT OF A WITNESS, 18:1361.F GOVERNMENT PROPERTY OR CONTRACTS > $100, 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

**Plaintiff**

| | |
|---|---|
| USA | represented by **Karen L. Gable**<br>US Attorney's Office - FLM*<br>Suite 3100<br>400 W Washington St<br>Orlando, FL 32801<br>407/648-7500<br>Email: karen.gable@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2021 | [1](#) | Arrest pursuant to Rule 5(c)(2) of Kenneth Harrelson from the District of Columbia. (PML) (Entered: 03/11/2021) |
| 03/11/2021 | [2](#) | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/11/2021 as to Kenneth Harrelson from the District of Columbia. (Digital) (PML) (Entered: 03/11/2021) |
| 03/11/2021 | 3 | NOTICE OF HEARING as to Kenneth Harrelson: Preliminary Examination and Detention Hearing set for 3/15/2021 at 1:00 PM in Orlando Courtroom 4 C before Magistrate Judge Embry J. Kidd. (PML) ctp (Entered: 03/11/2021) |
| 03/11/2021 | [4](#) | **ORDER OF TEMPORARY DETENTION as to Kenneth Harrelson; Detention Hearing set for 3/15/2021 at 1:00 PM in Orlando Courtroom 4 C before Magistrate Judge Embry J. Kidd. Signed by Magistrate Judge Embry J. Kidd on 3/11/2021. (PML) ctp** (Entered: 03/11/2021) |
| 03/11/2021 | [5](#) | **ORDER as to Kenneth Harrelson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (PML)** (Entered: 03/11/2021) |
| 03/15/2021 | [6](#) | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: Detention Hearing as to Kenneth Harrelson held on 3/15/2021. (Digital) (PML) (Entered: 03/15/2021) |
| 03/15/2021 | [7](#) | **ORDER OF DETENTION PENDING TRIAL as to Kenneth Harrelson. Signed by Magistrate Judge Embry J. Kidd on 3/15/2021. (PML)** (Entered: 03/15/2021) |
| 03/15/2021 | [8](#) | **COMMITMENT TO ANOTHER DISTRICT as to Kenneth Harrelson. Defendant committed to the District of Columbia. Signed by Magistrate Judge Embry J. Kidd on 3/15/2021. (PML)** (Entered: 03/15/2021) |
| 03/15/2021 | [9](#) | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Kenneth Harrelson. Signed by Magistrate Judge Embry J. Kidd on 3/15/2021. (PML)** (Entered: 03/15/2021) |
| 03/15/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Kenneth Harrelson regarding your case number: 1:21-mj-283. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to |

| | | |
|---|---|---|
| | | use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (PML) (Entered: 03/15/2021) |
| 03/23/2021 | [10](#) | TRANSCRIPT of Digitally Recorded Initial Appearance (Rule 5c - District of Columbia) as to Kenneth Harrelson held on 3/11/21 before Judge Embry J. Kidd. Court Reporter/Transcriber Shelli Kozachenko, Telephone number 904.301.6842. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/13/2021, Redacted Transcript Deadline set for 4/23/2021, Release of Transcript Restriction set for 6/21/2021. (SMK) (Entered: 03/23/2021) |
| 03/23/2021 | [11](#) | TRANSCRIPT of Digitally Recorded Detention Hearing as to Kenneth Harrelson held on 3/15/21 before Judge Embry J. Kidd. Court Reporter/Transcriber Shelli Kozachenko, Telephone number 904.301.6842. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/13/2021, Redacted Transcript Deadline set for 4/23/2021, Release of Transcript Restriction set for 6/21/2021. (SMK) (Entered: 03/23/2021) |
| 03/23/2021 | 12 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPTS. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Kenneth Harrelson. Court Reporter: Shelli Kozachenko (SMK) (Entered: 03/23/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2021 10:01:06 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:21-mj-01221-EJK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**