## RECOMMENDATION FOR AWARD
For use of this form, see AR 600-8-22; the proponent agency is DCS, G-1.

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE *(YYYYMMDD)* |
|---|---|---|
| CDR, 88TH BSB<br>FORT POLK, LA 71459 | CDR, B CO (R), 88TH BSB<br>FORT POLK, LA 71459 | 20111019 |

### PART I - SOLDIER DATA

| 4. NAME *(Last, First, Middle Initial)* | 5. RANK | |
|---|---|---|
| HARRELSON, KENNETH T. | SPC | ██████ |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| B CO (R), 88TH BSB<br>FORT POLK, LA 71459 | NO AWARDS |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | | a. FROM | b. TO |
| | AAM | 20070910 | 20111223 |

**12. REASON FOR AWARD**

| 12a. INDICATE REASON | 12b. INTERIM AWARD | YES / ☒ NO | 12c. POSTHUMOUS | 13. PROPOSED PRESENTATION DATE *(YYYYMMDD)* |
|---|---|---|---|---|
| ETS | IF YES, STATE AWARD GIVEN | | YES ☐   NO ☒ | 20111123 |

### PART II - RECOMMENDER DATA

| 14. NAME *(Last, First, Middle Initial)* | 15. ADDRESS |
|---|---|
| SHELTON, JOHN W. | B CO (R), 88TH BSB<br>FORT POLK, LA 71459 |

| 16. TITLE/POSITION | 17. RANK | |
|---|---|---|
| REAR D COMMANDER | 2LT | |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| REAR D COMMANDER | SHELTON.JOHN.W.1366857148 |

### PART III - JUSTIFICATION AND CITATION DATA *(Use specific bullet examples of meritorious acts or service)*

**20. ACHIEVEMENTS**

**ACHIEVEMENT #1**

SPC Harrelson served as the subject matter expert and the "go to" Soldier in his section for metal repair work and custom fabrication. His ability to comprehend, plan, and repair equipment was essential to the section achieving and sustaining an unprecedented 97% operational readiness rating. His technical expertise as an Allied Trades Specialist enabled the Service and Recovery Section to provide unparalleled support to Bravo Company, 88th Brigade Support Battalion , 1st Maneuver Enhancement Brigade and Fort Polk.

**ACHIEVEMENT #2**

SPC Harrelson continuously excelled beyond his supervisor's expectations. His exceptional fabrication skills were heavily relied upon throughout Bravo Company. His unique ability to assess a situation and expeditiously repair or fabricate a piece of equipment set him above his peers. Additionally, he was one of two Soldiers licensed on the welding trailer, a mission critical piece of equipment. SPC Harrelson gave the Service and Recovery section the ability to execute several taskings to include recovery missions.

**ACHIEVEMENT #3**

SPC Harrelson completed over 26 job orders and logged 800 man hours, increasing the section's productivity by 30%. His dedication to complete a mission increased both the efficiency and effectiveness of the Allied Trades Section. SPC Harrelson spent countless hours working several jobs until completion without complaint. His ability to work well with his peers and supervisors in any environment despite adverse conditions contributed tremendously to the section's cohesion, morale and mission success.

**ACHIEVEMENT #4**

SPC Harrelson is a model Soldier who continuously displayed pride in his duty performance and a dedication to duty not normally found in junior enlisted Soldiers. He is a highly motivated individual who possesses a positive attitude towards the military and continually displays an intense desire to serve in any capacity. Despite the limitations of his medical profile, SPC Harrelson continued to make every effort possible to complete the unit's mission, setting the example for seniors, peers and subordinates alike.

**21. PROPOSED CITATION**

FOR MERITORIOUS SERVICE WHILE ASSIGNED AS A WELDER. SPC HARRELSON'S PROFESSIONALISM, LEADERSHIP AND DEDICATION TO DUTY WERE VITAL TO THE SUCCESS OF THE UNIT'S MISSION. HIS EXEMPLARY PERFORMANCE REFLECTS GREAT CREDIT ON HIMSELF, BRAVO COMPANY, 88TH BRIGADE SUPPORT BATTALION, AND THE UNITED STATES ARMY.

| | | |
|---|---|---|
| **DA FORM 638, APR 2006** | REPLACES DA FORM 638-1.<br>PREVIOUS EDITIONS OF DA FORM 638 ARE OBSOLETE. | Page 1 of 3<br>APD PE v3.00ES |