*Exhibit 1*:
**Kenneth Harrelson's Blood Pressure Readings**

| Date | Time (24 hr) | BP |
| --- | --- | --- |
| 3/25/21 | 11:29:39 | 141/96 |
| 3/26/21 | 0:01:52 | 122/86 |
| 3/26/21 | 9:46:52 | 137/99 |
| 3/27/21 | 9:22:03 | 133/95 |
| 3/28/21 | 8:54:26 | 139/86 |
| 3/29/21 | 12:26:24 | 146/91 |
| 3/30/21 | 12:18:23 | 145/88 |
| 3/31/21 | 10:00:38 | 143/93 |
| 4/1/21 | 9:53:34 | 142/93 |
| 4/3/21 | 9:49:32 | 143/98 |
| 4/4/21 | 9:19:23 | 140/80 |
| 4/5/21 | 9:11:22 | 138/93 |
| 4/6/21 | 10:23:33 | 150/90 |
| 4/7/21 | 8:46:23 | 135/91 |
| 4/8/21 | 9:29:57 | 127/89 |
| 4/9/21 | 11:36:06 | 144/87 |