UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-28 (APM) |
| : | |
| KENNETH HARRELSON : | |
| : | |
| **Defendant.** : | |
| : | |

# ORDER

This matter comes before the Court on the defendant, Kenneth Harrelson's motion regarding medical care while in pre-trial custody; and

The Court having found that while being held in the John E. Polk Correctional Facility in Sanford, Florida, Mr. Harrelson has been experiencing highly elevated blood pressure levels and related symptoms that include chest pain and slurred speech; and

The Court having further found that Mr. Harrelson's recent blood pressure readings indicate a diagnosis of persistent Stage 2 Hypertension that poses a threat to his health and safety; it is hereby

ORDERED that the United States Marshals Service immediately take such steps as are necessary to ensure that Mr. Harrelson is receiving sufficient blood pressure monitoring and treatment to reduce his blood pressure to within normal levels as determined by the Centers for Disease Control and Prevention; and it is

FURTHER ORDERED that the John E. Polk Correctional Facility consult with Mr. Harrelson's treating physician and immediately take such steps as are necessary to ensure that Mr. Harrelson is receiving sufficient blood pressure monitoring and treatment to reduce his blood

pressure to within normal levels as determined by the Centers for Disease Control and Prevention.

Date:

                                                                              _____
                                                                              AMIT P. MEHTA
                                                                              UNITED STATES DISTRICT JUDGE