UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-28 (APM) |
| | : |
| **KENNETH HARRELSON** | : |
| | : |
| **Defendant.** | : |
| | : |

# ORDER

This matter comes before the Court on Defendant Kenneth Harrelson's motion regarding medical care while in pre-trial custody.

It appearing that, while being held in the John E. Polk Correctional Facility in Sanford, Florida, Mr. Harrelson has been experiencing highly elevated blood pressure levels and related symptoms that include chest pain and slurred speech; and

It appearing that Mr. Harrelson's recent blood pressure readings suggest a diagnosis of persistent Stage 2 Hypertension that poses a threat to his health and safety; it is hereby

ORDERED that the John E. Polk Correctional Facility take such steps as are medically necessary to ensure that Mr. Harrelson is receiving sufficient blood pressure monitoring and treatment, including if appropriate consulting with his treating physician, to reduce his blood pressure to within normal, medically accepted levels; and further

ORDERED that counsel for the United States shall deliver a copy of this Order, along with contact information for Mr. Harrelson's treating physician, to appropriate personnel at the John E. Polk Correctional Facility.

Date:

AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE