# Exhibit 2

# Disc containing three video files:

# IMG_1396

# IMG_1398

# IMG_1399