# Exhibit 3



**DEPARTMENT OF THE ARMY**
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON, FORT POLK
DIRECTORATE OF HUMAN RESOURCES
7700 ALABAMA AVE
FORT POLK, LOUISIANA 71459-5339

REPLY TO
ATTENTION OF:

ORDER 354-126                                                 20 December 2011

The Secretary of the Army has reposed special trust and confidence in the patriotism, valor, fidelity, and professional excellence of Kenneth Troy Harrelson. In view of these qualities and his demonstrated leadership potential and dedicated service to the U.S. Army, he is therefore, promoted from Specialist to Sergeant. MOS 91E20 is awarded as his primary MOS effective 22 December 2011. Promotion is effective 22 December 2011, with a date of rank of 22 December 2011. Promotion is not valid and this order will be revoked if he is not in a promotable status on the effective date of promotion. The authority for this promotion is AR 600-8-19, paragraph 1-20, dated 20 March 2008. Other MOS Actions are Awarded SMOS: N/A Withdrawn PMOS: 91E10 SMOS: N/A.

Additional Instructions: You are required to obtain a new ID card reflecting a Geneva Convention Code Status of II.

Format: 302

FOR THE COMMANDER:

                                                        BOBBI STARK
                                                        Director, Human Resources

DISTRIBUTION:
Sergeant Kenneth T. Harrelson, 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 (5)
Cdr, 88 CS DIST CO, Fort Polk, LA 71459 (1)