UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-28 (APM) |
| KENNETH HARRELSON | : |
| Defendant. | : |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Kenneth Harrelson, by counsel, respectfully requests this Court allow him to join the motions of the following Defendants:

| **Defendant** | **Motion** |
|---|---|
| Thomas E. Caldwell | Motion to Dismiss Counts 1 and 2 of the Indictment |
| Thomas E. Caldwell | Motion to Transfer Venue |
| Joshua James | Motion to Dismiss Count 8 and Portions of Count 13 of the Indictment |
| Joshua James | Motion for Bill of Particular |

To the extent that the motions are fact-specific to one defendant, the legal analysis applies equally to all defendants if granted. Further, it is in the interest of judicial economy to grant this motion.

Respectfully submitted,

KENNETH HARRELSON
By Counsel

/s/
Nina Ginsberg, Esquire
DC Bar No. 251496
*DiMuroGinsberg, PC*
110 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email Address: nginsberg@dimuro.com

1

_____/s/_____
Jeffrey Zimmerman, Esquire
DC Bar No. 456162
*Jeffrey Zimmerman, PLLC*
108 N. Alfred Street
Alexandria, VA 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
Email Address: www.zimpacer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2021, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

_____/s/_____
NINA J. GINSBERG