# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-28 (APM) |
| | : |
| **KENNETH HARRELSON** | : |
| | : |
| **Defendant.** | : |
| | : |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW undersigned counsel, Nina Ginsberg and Jeffrey Zimmerman, and move this Honorable Court to substitute John Pierce as counsel of record and allow them to formally withdraw from this case. In support of this motion, undersigned counsel states as follows:

1. On July 1, 2021, attorney John Pierce advised undersigned counsel that he had been retained and would be substituting as counsel of record for Defendant Kenneth Harrelson. Mr. Pierce filed an Appearance of Counsel form in this case that same day. *See* ECF 279.

2. Mr. Harrelson, Mr. Pierce, and undersigned counsel were present by video at a remote Status Hearing in this matter on July 2, 2021. After undersigned counsel and Mr. Pierce consulted privately with Mr. Harrelson, the Court was advised that Mr. Harrelson intended to substitute Mr. Pierce as his counsel of record.

3. Ms. Ginsberg and Mr. Zimmerman are seeking to formally withdraw as counsel.

A proposed order is attached for the Court's convenience.

    Respectfully submitted,

    KENNETH HARRELSON
    By Counsel

                /s/
Nina Ginsberg, Esquire
DC Bar No. 251496
*DiMuroGinsberg, PC*
110 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email Address: nginsberg@dimuro.com

                /s/
Jeffrey Zimmerman, Esquire
DC Bar No. 38858
*Jeffrey Zimmerman, PLLC*
108 N. Alfred Street
Alexandria, VA 22314
Telephone: (703) 548-8911
Facsimile: (703) 548-8935
Email Address: www.zimpacer.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July 2021, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

                /s/
JEFFREY D. ZIMMERMAN