# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>THOMAS EDWARD CARDWELL, ET AL,<br><br>Defendant. | Case No. 21-cr-00028 (APM)-10 |

## REQUEST TO EXTEND RESPONSE TO
## PRESS COALITIONS' APPLICATION FOR ACCESS TO VIDEO EXHIBITS

The Defendant Kenneth Harrelson, by and through his counsel, hereby notifies the Court that although he does not anticipate having an objection to the Press Coalitions' Application for Access to Video Exhibits, we respectfully requests that the Court continue Defendant Kenneth Harrelson's response on a later date at the Court's convenience. The reason for this request is that this firm has recently taken over the representation of the defendant and respectfully request the Court to hold off on ordering their release to the press until this firm has a chance to review them.

Dated: July 9, 2021    /s/ John M. Pierce
　　　　　　　　　　　　 John M. Pierce
　　　　　　　　　　　　 355 S. Grand Avenue, 44th Floor
　　　　　　　　　　　　 Los Angeles, CA 90071
　　　　　　　　　　　　 Tel: (213) 262-9333
　　　　　　　　　　　　 jpierce@piercebainbridge.com

　　　　　　　　　　　　 *Attorneys for Defendant Kenneth Harrelson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 9, 2021, the foregoing was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/  John M. Pierce

Dated: July 9, 2021    /s/ Robert L. Jenkins, Jr.
Robert L. Jenkins Jr.
Brynum & Jenkins
1010 Cameron Street, Ste. 123
Alexandria, Va 22314
Tel: (703) 309-0899
rjenkins@bynumandjenkinslaw.com

Attorneys for Defendant William Joseph Pepe

CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Robert L. Jenkins, Jr.

Robert L. Jenkins Jr.