## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>THOMAS EDWARD CARDWELL, ET AL,<br><br>            Defendants. | Case No. 1:21-cr-00028-APM-10 |

## NOTICE OF NO OBJECTION

The Defendant Kenneth Harrelson, by and through his counsel, hereby notifies the Court that he has no objections to the Press Coalitions' Application for Access to Video Exhibits.

Dated: July 12, 2021            /s/ John M. Pierce
                                John M. Pierce
                                355 S. Grand Avenue, 44th Floor
                                Los Angeles, CA 90071
                                Tel: (213) 400-7125
                                jpierce@piercebainbridge.com

                                *Attorneys for Defendant Kenneth Harrelson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2021, the foregoing was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce