# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-28 (APM) |
| ) | |
| KENNETH HARRELSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ADOPT MOTION OF CO-DEFENDANT

Kenneth Harrelson, by and through his counsel, respectfully request this Court to allow him to join the motion of the following Defendant:

| **Defendant** | **Motion** |
|---|---|
| Joseph Hackett | Motion To Revoke Detention Order and for Pretrial Release |

To the extent that the motion above is fact-specific to one defendant; however, the legal framework and analysis is the same for all co-defendants. Moreover, to the extent the interest of judicial economy for this motion to be granted.

Date: August 12, 2021                                    Respectfully Submitted,

_John M. Pierce_

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant Christopher Worrell*

1

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, August 11, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
