# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | **Case No.  21-cr-00028 (APM)** |
| **v.**    ) | |
| ) | |
| **KENNETH HARRELSON,**    ) | |
| ) | |
| Defendant.    ) | |

## DEFENDANT'S MOTION FOR RELIEF FROM PREJUDICIAL JOINDER

Defendant, Kenneth Harrelson ("Mr. Harrelson"), by and through his counsel, tenders this motion for relief from prejudicial joinder because Mr. Harrelson is improperly joined with co-defendants with whom he barely knows, and who's charges are significantly likely to have a "spill over" effect on Mr. Harrelson's trial, impacting his right to an impartial jury. Severing codefendants is appropriate where it appears that a defendant is prejudiced by a joinder of defenses or of defendants in an indictment by such joinder for trial together, the Court may grant a severance of defendants or provide whatever other relief justice requires. Federal Rules of Crim. Pro. 14(a). A memorandum in support is being simultaneously submitted.

Date:   August 17, 2021                                  Respectfully submitted,

 /s/ John M. Pierce
John M. Pierce (*PHV* admitted)
Pierce Bainbridge P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333
jpierce@piercebainbridge.com

*Attorneys for Defendant Kenneth Harrelson*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 17, 2021, the forgoing document was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                            /s/ John M. Pierce
                                            John M. Pierce