UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 21-cr-00028-APM-10**

**KENNETH HARRELSON,**

      **Defendant.**


## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR DEFENDANT KENNETH HARRELSON

Pursuant to Criminal Local Rule 44.l(d), Defendant Kenneth Harrelson moves for the admission and appearance of attorney Bradford L. Geyer *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Bradford L. Geyer, Esq., filed herewith.

Defendant Kenneth Harrelson wishes for Bradford L. Geyer, Esq., to represent him as legal counsel in this criminal case and Bradford L. Geyer, Esq., proposes to represent Harrelson in this case, **including as early as the hearing currently scheduled for September 8, 2021, at 2:00 PM.**

Bradford L. Geyer is admitted and an active member in good standing in the following courts of bars: Commonwealth of Pennsylvania, State of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey.  I am advised that he has had extensive experience including as a federal prosecutor.

This motion is supported and signed by Jonathon Moseley an active and sponsoring member of the Bar of this Court.  As the sponsoring attorney, I am and will remain available to consult with Mr. Geyer as may be needed to assist him with local practice and

to the extent that the Court requires to review pleadings and participate in hearings with Mr. Geyer **including as early as the hearing currently scheduled for September 8, 2021, at 2:00 PM if I may join remotely by video / virtual appearance.**

I understand that he will familiarize himself with the local rules of this Honorable Court and I will be available to assist with that and consult on any questions about them.

I have examined the question of any conflict of interest and have determined that there is at present no evident grounds for any conflict or adverse position, but will remain vigilant if circumstances later emerge that might require revisiting that question.

I will remind Mr. Geyer that the U.S. District Court for the District of Columbia requires a fee of $100 for the filing of this Motion for Admission of Attorney Pro Hac Vice, until paid.

Dated this 7th day of September, 2021.

RESPECTFULLY SUBMITTED

/s/ Jonathon Alden Moseley
Jonathon Alden Moseley, Esq.
Jonathon Moseley, Attorney at Law
DC Bar No. VA005
Virginia State Bar No. 41058
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify from my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W. Room 4209
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
troy.edwards@usdoj.gov

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
louis.manzo@usdoj.gov

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
kathryn.rakoczy@usdoj.gov

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
justin.sher@usdoj.gov

Jonathon Moseley, Esq.