UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.   Case No. 21-cr-00028-APM-10

**KENNETH HARRELSON,**

    **Defendant.**

## DECLARATION OF BRADFORD L. GEYER
### IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Bradford L. Geyer, hereby declare:

1. My office is located at 2006 Berwick Drive, Cinnaminson. My telephone number is (856) 607-5708.

2. Since 1991, I have been admitted to practice law in the Commonwealth of Pennsylvania and the State of New Jersey. Since 1991, I have been admitted to practice law before the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been disciplined by any bar.

4. In the last two years I have been admitted pro hac vice in the Northern District of California.

5. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania, this 10th day of June, 2021.

                                        Respectfully submitted,

BY:    */s/ Bradford L. Geyer*
        Bradford L. Geyer Attorney for Defendant Kenneth Harrelson
        Pennsylvania Bar ID #: 62998
        2006 Berwick Drive
        Cinnaminson, NJ 08077
        Email: Bradford@formerfedsgroup.com
        P: (856)-607-5708