NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                         Criminal Number **21-cr-00028**

**CALDWELL et al**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Bradford L. Geyer, PHV**
(Attorney & Bar ID Number)

**FormerFedsGroup.Com LLC**
(Firm Name)

**141 Route 130 South**
(Street Address)

**Cinnaminson, NJ 08077**
(City)         (State)         (Zip)

**856-607-5708**
(Telephone Number)