## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     -v-

THOMAS EDWARD CARDWELL,
ET AL,

          Defendant.

Case No. 21-cr-00028 (APM)-10

### NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE
### ON BEHALF OF DEFENDANT KENNETH HARRELSON

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant Kenneth Harrelson in the above-caption matter. As of September 23, 2021, Bradford L. Geyer of FORMERFEDSGROUP.COM LCC has been retained and will be substituting as counsel of record for Defendant Kenneth Harrelson. Mr. Geyer has filed an Appearance of Counsel form in this case. *See* ECF No. 439.

This requested withdrawal of counsel will not cause a continuance or delay in this case.

Dated: October 8, 2021        Respectfully submitted

                      /s/ John M. Pierce
                      John M. Pierce
                      355 S. Grand Avenue, 44th Floor
                      Los Angeles, CA 90071
                      Tel: (213) 400-0725
                      jpierce@piercebainbridge.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2021, the foregoing was filed via the

Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce