UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                    Case No. 21-cr-00028-APM-10

**KENNETH HARRELSON,**

      **Defendant.**

## MOTION TO BE RELIEVED OF *PRO HAC VICE* SPONSOR FOR ATTORNEY BRADFORD GEYER FOR DEFENDANT KENNETH HARRELSON

COMES NOW *PRO HAC VICE* SPONSOR Jonathon A. Moseley and moves to be withdrawn and relieved of his role as sponsoring out-of-state attorney Bradford Geyer, admitted *Pro Hac Vice*, effective upon the entry of alternate sponsoring local counsel.

As the record will show, one day before the September 8, 2021, hearing on an expedited basis, Jonathon Moseley filed for the admission of Bradford Geyer of Philadelphia *Pro Hac Vice* for Defendant Kenneth Harrelson in this case, so that Geyer could attend and participate (at his discretion, as it turns out he requested an extension of time) in the hearing on September 8, 2021.

Subsequently, almost 5 weeks later, Defendant Kelly Meggs and his attorney had disagreements leading to Kelly Meggs' attorney filing a motion to withdraw. The undersigned Jonathon Moseley played no role in those decisions other than Kelly Meggs and his son inquiring about what Meggs' options might be.

Thereafter, after consultation with Bradford Geyer and some other local attorneys

capable of sponsoring him *Pro Hac Vice* (but not available previously on such short notice on September 7, 2021) instead, the undersigned counsel Jonathon Moseley asks to withdraw his sponsorship of Bradford Geyer and be relieved of any further involvement or responsibility as his *Pro Hac Vice* sponsor.

The undersigned counsel understands that Bradford Geyer has arranged an alternate sponsor and will be filing a new *Pro Hac Vice* application later today as soon as the new sponsoring attorney can give his attention to this.

Counsel is not aware of what the procedure would be for changing the *Pro Hac Vice* sponsor, but asks to have his sponsorship withdrawn.

The undersigned counsel asks to have his sponsorship withdrawn at the time that Bradford Geyer submits an application for admission *Pro Hac Vice* by a new, different local counsel admitted in this Court.

Dated this 1st day of November, 2021.

RESPECTFULLY SUBMITTED

*/s/ Jonathon A. Moseley*

Jonathon A. Moseley, Esq.

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone: (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify from my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
kathryn.rakoczy@usdoj.gov

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
justin.sher@usdoj.gov

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
troy.edwards@usdoj.gov

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
Alexandra.Hughes@usdoj.gov

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
louis.manzo@usdoj.gov

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov

**David A. Wilson**
LAW OFFICE OF DAVID A. WILSON
201 SW 2nd Street, Suite 101
Ocala, Florida 34471
352-629-4466
david@dwilsonlaw.com

*/s/ Jonathon A. Moseley*

Jonathon A. Moseley, Esq.