IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
        v.                            )    No.    1:21-cr-28-10 (APM)
                                      )
KENNETH HARRELSON,                    )
                                      )
        Defendant.                    )

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY
TO DEFENDANT'S REPLY IN SUPPORT OF THIRD MOTION FOR RELEASE**

The United States hereby respectfully requests permission to file a surreply to Defendant

Harrelson's reply in support of his third motion for release, ECF 532.  Defendant Harrelson

addresses a new issue in his reply, namely, recent disclosures made by the government in

discovery.  The government therefore requests the opportunity to respond on this unique issue.

Undersigned counsel consulted with Defendant Harrelson's attorney, who does not object to the

filing of a surreply.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

                        _____
                 By:    Kathryn L. Rakoczy
                        Assistant United States Attorney
                        D.C. Bar No. 994559
                        Ahmed M. Baset
                        Troy A. Edwards, Jr.
                        Jeffrey S. Nestler
                        Assistant United States Attorneys
                        Louis Manzo
                        Special Assistant United States Attorney
                        U.S. Attorney's Office for the District of Columbia
                        555 4th Street, N.W.

Washington, D.C. 20530


*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004